UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>     v. )<br>OSCAR GOMEZ, )<br>            Defendant. )<br>_____ ) | Case No. 2:24-cr-00071-DJC-4<br><br>[~~PROPOSED~~] **ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE** |

GOOD CAUSE APPEARING THEREOF;

IT IS HEREBY ORDERED that special condition number 13 of defendant's special conditions of release be modified to read:

13.  Subject to the following, you must not be employed in a smog check business, must not perform/certify any smog checks, and you must not knowingly be present in any premises where there is smog equipment present. Notwithstanding the above, you have advised through your attorney that you teach twelve-week classes for automotive repair at Master Automotive Training, 9253 Archibald Avenue, Rancho Cucamonga, California 91730, two weeks

of which involve utilizing smog check equipment in a mode which cannot result in the issuance of any smog certificates from BAR.  The parties agree that you may be present at the premises of Master Automotive Training for the purposes of teaching these classes.  The parties further agree that, subject to the approval the pretrial services officer, you may use the smog check equipment in "Training Mode" for the purposes of automotive education and training only during these two weeks of your classes.  You shall request advance permission from the pretrial services officer to use the equipment for education and training via an email to the pretrial services officer, copying the AUSAs, and listing the specific dates and times you are requesting to use the equipment.

Date: October 7, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE