ROBIN R. SCROGGIE, SBN 117186
865 SOUTH FIGUEROA ST., SUITE 1388
LOS ANGELES, CA 90017
Telephone: (213) 620-9576
Facsimile:  (213) 630-8890
E-mail: rscroggie@msn.com

Attorney for Defendant
OSCAR GOMEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:24 CR-00071-DJC-4 |
|---|---|
| Plaintiff, | WAIVER OF DEFENDANT'S PRESENCE |
| vs. | |
| OSCAR GOMEZ, | |
| Defendant. | |

    Defendant Oscar Gomez, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, empanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence which the Court

WAIVER OF DEFENDANT'S PRESENCE - 1

may permit pursuant to this waiver, agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Respectfully submitted,

Dated: January 13, 2025

Oscar Gomez
Defendant
(Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: January 13, 2025

Robin R. Scroggie
Attorney for Defendant
Oscar Gomez

IT IS SO ORDERED

Dated: January 14, 2025

Honorable Daniel J. Calabretta
United States District Judge

WAIVER OF DEFENDANT'S PRESENCE - 2